CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 2 8 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |
|---|---|
| JERMAINE L. CHASE | Case No. 7:03CV00811 |
| Petitioner, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA., | By: Jackson L. Kiser |
| Respondant. | Senior United States District Judge |

Before me now is Petitioner Jermaine L. Chase's ("Petitioner") writ of habeas corpus, filed pursuant to 28 U.S.C. § 2255. For the reasons stated in the accompanying Memorandum Opinion, Petitioner's writ is **DISMISSED**.

The Clerk is directed to send a certified copy of this Order to Magistrate Judge Urbanski and to all counsel of record. The clerk is further directed to strike this matter and all outstanding motions from the Court's docket.

ENTERED this 28th day of April, 2006.

s/Jackson L. Kiser
Senior United States District Judge

1